**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1432

VICTOR MOTLEY, Sr.,

          Plaintiff - Appellant,

     v.

COMMONWEALTH OF VIRGINIA; VA. DEPT. OF MEDICAL ASSISTANCE
SERVICES,

          Defendants - Appellees,

     and

VALERIE HARRISON, Employment Manager,

          Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  M. Hannah Lauck, District Judge.  (3:16-cv-00595-MHL)

Submitted:  September 28, 2018                    Decided:  November 6, 2018

Before KING, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor Alan Motley, Appellant Pro Se.  Liza Shawn Simmons, Assistant Attorney
General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,

Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Motley, Sr., appeals from the district court's order dismissing Motley's complaint raising claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016); the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 (2012); and 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Motley v. Virginia*, No. 3:16-cv-00595-MHL (E.D. Va. March 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*